MICHAEL J. BETTINGER (State Bar No. 122196)
HOLLY HOGAN (State Bar No. 238714)
  mike.bettinger@klgates.com
  holly.hogan@klgates.com
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

LAWRENCE B. FRIEDMAN (admitted *pro hac vice*)
DAVID H. HERRINGTON (admitted *pro hac vice*)
  lfriedman@cgsh.com
  dherrington@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

Attorneys for Defendants
UNITED TEST AND ASSEMBLY CENTER
LTD. and UTAC AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC., a corporation, | Case No. 4:08-04795-cv-CW |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | |
| UNITED TEST AND ASSEMBLY CENTER LTD., a corporation organized under the laws of Singapore; and UTAC AMERICA, INC., a California corporation, | |
| Defendants. | |

The parties through their undersigned counsel hereby stipulate and agree as follows:

1. Proceedings in this action, other than proceedings with respect to any motion to remand, shall be stayed pending the order on any motion to remand; provided, however, that either party may move to lift this partial stay for good cause;

   2.  Defendants United Test and Assembly Center Ltd. and UTAC America, Inc. agree that they will not answer, move or otherwise respond to the complaint until 10 days after the order on any motion to remand; and

   3.  Plaintiff Tessera, Inc. agrees that the deadline for such answer, motion or other response to the complaint shall be extended until 10 days after the order on any motion to remand.

DATED:  November 13, 2008   K&L GATES LLP

          By_____/s/_____
           MICHAEL J. BETTINGER
           HOLLY HOGAN
           K&L GATES LLP
           55 Second Street, Suite 1700
           San Francisco, CA 94105-3493

           LAWRENCE B. FRIEDMAN (admitted *pro hac vice*)
           DAVID H. HERRINGTON (admitted *pro hac vice*)
           CLEARY GOTTLIEB STEEN & HAMILTON LLP
           One Liberty Plaza
           New York, NY 10006

           Attorneys for Defendants
           United Test and Assembly Center Ltd. and UTAC America, Inc.

          IRELL & MANELLA LLP

          By_____/s/_____
           MORGAN CHU
           JOSEPH M. LIPNER
           STEPHEN LARSON
           IRELL & MANELLA LLP
           1800 Avenue of the Stars, Suite 900
           Los Angeles, CA 90067-4276

           Attorneys for Plaintiff
           Tessera, Inc.

SO ORDERED:       DATED:  November _17_, 2008

_____
United States District Judge Claudia Wilken

STIPULATION AND ORDER   - 2 -   PRINTED ON RECYCLED PAPER
Case No. C 08-04795 CW