IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED TEST AND ASSEMBLY CENTER LTD.,<br>a corporation organized under the<br>laws of Singapore; and UTAC AMERICA,<br>INC., a California corporation,<br><br>    Defendants.<br>_____/ | No. C 08-04795 CW<br><br>ORDER DIRECTING<br>TESSERA TO RE-SUBMIT<br>DOCUMENTS |

    Tessera has filed a motion for leave to file under seal certain portions of its motion to remand this action to state court as well as Exhibit 1 to the supporting Declaration of Stephen Larson. However, portions of the un-redacted version of the motion to remand are illegible due to the darkness of the highlighting that was used to indicate the material Tessera contends is sealable. Accordingly, Tessera is directed to lodge two legible copies of the motion with the Court within two days of the date of this order.

    IT IS SO ORDERED.

Dated: 12/29/08

                                                CLAUDIA WILKEN<br>                                                United States District Judge